BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CLARA MERRITT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-06-0643 JL |
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING SENTENCING DATE |
| CLARA MERRITT, | ) |
| Defendant. | ) |

The undersigned parties stipulate as follows:

1. The sentencing date in this matter is currently scheduled for January 11, 2007 at 9:30 a.m.

2. The sentencing needs to be continued because the defendant needs to provide additional information to the probation officer before the report is completed.

3. The defense requested that the sentencing be continued to late March, and that it be on a Monday or Tuesday, as defense counsel will be in trial every Wednesday through Friday for the next few months. Mr. Hom suggested Monday, March 26, 2007 at 9:30 a.m. Defense and government counsel, as well as the probation officer, are available on

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR-06-0643 JL

that date.

IT IS SO STIPULATED

Date: January 9, 2007        /S/
SHAWN HALBERT
Assistant Federal Public Defender


Date: January 9, 2007        /S/
DEREK OWENS
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing hearing, previously set by this Court for January 11, 2007 at 9:30 a.m., shall be continued to March 26, 2007 at 9:30 a.m.

Date:   1-9-07

THE HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge James Larson*

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR-06-0643 JL