```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  SHAWN HALBERT
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA  94102
 4  Telephone:  (415) 436-7700

 5  Counsel for Defendant CLARA MERRITT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0643 JL |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] XXXXXXXX |
| v. | ) ) | ORDER VACATING SENTENCING DATE |
| CLARA MERRITT, | ) ) | |
| Defendant. | ) ) | |

The undersigned parties stipulate as follows:

1. The sentencing date in this matter is currently scheduled for March 26, 2007 at 9:30 a.m.

2. The defense has requested that the current sentencing date be vacated, to be re-set after Ms. Merritt is interviewed by U.S. Probation, so that the Court and the parties have a satisfactory presentence investigation report. Defense counsel has represented to the government and probation that Ms. Merritt has contacted undersigned counsel and indicated that she has had some trouble fulfilling her obligations in light of some depression that she has been experiencing. The government and probation concur in the

STIP. AND [PROP] ORDER VACATING
SENTENCING DATE; No. CR-06-0643 JL

defense's proposal that the current sentencing date be vacated, to be re-set after Ms. Merritt's interview.

IT IS SO STIPULATED

Date: March 6, 2007          /S/
                             SHAWN HALBERT
                             Assistant Federal Public Defender

Date: March 6, 2007          /S/
                             DEREK OWENS
                             Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing hearing, currently set for March 26, 2007 at 9:30 a.m., shall be vacated. The parties shall contact the Court no later than March 30, 2007 with a new proposed sentencing date.

Date: March 9, 2007
                             _____
                             THE HONORABLE
                             UNITED STATES

IT IS SO ORDERED
Judge James Larson

STIP. AND [PROP] ORDER VACATING
SENTENCING DATE; No. CR-06-0643 JL

2