```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  SHAWN HALBERT
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA  94102
 4  Telephone:  (415) 436-7700

 5  Counsel for Defendant CLARA MERRITT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-06-0643 JL |
|---|---|
| Plaintiff, | ) |
| | ) DECLARATION OF AFPD SHAWN |
| v. | ) HALBERT IN SUPPORT OF |
| | ) [PROPOSED] ORDER RE TRAVEL |
| CLARA MERRITT, | ) COSTS |
| Defendant. | ) |

I, Shawn Halbert, declare as follows:

1. I am the appointed lawyer for Clara Merritt.

2. Ms. Merritt's sentencing is set for Thursday, May 24, 2007 at 11:00 a.m. before this Court. Ms. Merritt is unemployed and has health issues. Her indigence is confirmed in the final PSR in this matter. Ms. Merritt has informed me that she has no money and will have a very difficult time covering the $16.00 cost of a round-trip bus ticket (Golden Gate Transit) between San Francisco and Santa Rosa to appear for her sentencing. She cannot find anyone who will drive her to and from San Francisco on that date.

3. Accordingly, I request that pursuant to 18 U.S.C. § 4285, the Court find that Ms. Merritt is

DEC. AND [PROP] ORDER RE TRAVEL
COSTS; No. CR-06-0643 JL

financially unable to provide the necessary transportation to appear before the required court on her own, and direct that the United States Marshal arrange for her noncustodial transportation or furnish the fare for such transportation between Santa Rosa, California and the courthouse. I declare that the following is true to the best of my knowledge.

Date: May 21, 2007      _____/S/_____
                        SHAWN HALBERT
                        Assistant Federal Public Defender

DEC. AND [PROP] ORDER RE TRAVEL
COSTS; No. CR-06-0643 JL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0643 JL |
| Plaintiff, ) | [PROPOSED] ORDER |
| v. ) | |
| CLARA MERRITT, ) | |
| Defendant. ) | |

For GOOD CAUSE SHOWN, it is hereby ORDERED that pursuant to 18 U.S.C. § 4285, the Court finds that Ms. Merritt is financially unable to provide the necessary transportation to appear before the required court on her own for her sentencing on Thursday, May 24, 2007 at 11:00 a.m., and directs that the United States Marshal arrange for her noncustodial transportation or furnish the fare for such transportation on Golden Gate Transit bus service between Santa Rosa, California and 450 Golden Gate Avenue, San Francisco, CA. IT IS SO ORDERED.

Date: 5/21/07

_____
THE HON...
UNITED... JUDGE
*[signature: James Larson]*
Judge James Larson

DEC. AND [PROP] ORDER RE TRAVEL
COSTS; No. CR-06-0643 JL